IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MILLER., | : | Civil No. 1:20-CV-2270 |
| Plaintiff, | : | |
| v. | : | |
| SUPERINTENDENT THOMAS McGINLEY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW**, on this 24th day of January, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel, Doc. 26, is **DENIED**.

2. Plaintiff's motion for reconsideration, Doc. 28, is **DEEMED WITHDRAWN.**

3. Plaintiff's motion to stay his deposition, Doc. 31, is **DEEMED WITHDRAWN**, alternatively it is **DENIED** as **MOOT.**

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania